294

No. 12–0414/AR.   U.S. v. David G. Spicer, Jr.   CCA 20090608.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 13, 2012.

No. 12–0385/AR.   U.S. v. Robert T. Toussant.   CCA 20090839.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 17, 2012,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

